USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/22/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAMILY DELI MART CORP., et al.,

Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

Defendants.

25-CV-05739 (JAV) (BCM)

**ORDER SCHEDULING
PRE-SETTLEMENT
CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

A pre-settlement telephonic conference with counsel is hereby scheduled before Magistrate Judge Barbara Moses on **June 23, 2026**, at **2:00 p.m.** A few minutes before the start of the conference, counsel must call (855) 244-8681 and enter the access code 2314 181 4376 #.

Dated: New York, New York
    June 22, 2026

SO ORDERED.

**BARBARA MOSES
United States Magistrate Judge**