USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/31/26

PARDALIS & NOHAVICKA, LLP
ATTORNEYS

July 29, 2026

**VIA ECF**
Hon. Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl St., Courtroom 20A
New York, NY 10007-1312

**MEMO ENDORSED**

**Re:** ***Family Deli Mart Corp. et al v. City of New York et al.***
**Civil Case #: 1:25-cv-05739-JAV**

**Joint Letter-Motion Requesting the Adjournment of the Settlement Conference Scheduled for August 5, 2026**

Dear Respected Judge Moses:

We represent the Plaintiffs in the above-referenced matter. Pursuant to Paragraph 2(a) of Your Honor's Individual Practices, we write jointly, with the consent of Defendants' counsel, to respectfully request an adjournment of the settlement conference currently scheduled for August 5, 2026, at 2:15 p.m. (ECF 94). The settlement conference was originally scheduled to take place on June 23, 2026, at 2:00 p.m. (ECF 91). The Court previously adjourned that initial date to allow the parties to exchange documents, specifically enabling Plaintiffs to conduct financial discovery pertaining to their damages. While this is the second adjournment of the settlement conference overall, it is the parties' first joint request for an adjournment.

The parties held a meet-and-confer yesterday, July 28, 2026, and agreed that the parties require additional time to complete and analyze the necessary financial discovery to ensure the settlement conference is productive. Plaintiffs served Defendants with Supplemental Requests for document production on June 26, 2026, and Defendants produced their responses and documents on July 27, 2026. Plaintiffs need additional time to review the newly produced discovery. Plaintiffs have not produced additional financial documents to Defendants. Plaintiffs' CPA requires adequate time to meaningfully review the financial records and finalize the damages calculations pertaining to Plaintiffs' actual losses. Once this is complete, Plaintiffs can produce the financial documents to Defendants. Defense counsel has indicated that they will need two to three weeks to review the financial records and send the production and updated calculations to the comptroller's office in order to obtain and/or revise their settlement authority prior to the conference.

Given the time required for Plaintiffs to produce the financial records and for Defendants to meaningfully review them, all counsel are available for a rescheduled settlement conference



950 THIRD AVENUE, 31ST FLOOR, NEW YORK, NY 10022
P: 212.213.8511 | F: 347.897.0094 | www.pnlawyers.com

during the week of September 14, 2026. Having these concrete damages numbers prepared and reviewed by all parties in advance will directly facilitate the settlement discussions and allow the parties to meaningfully negotiate a potential resolution based on a complete and accurate financial picture.

This request is made on the consent of all parties. Furthermore, this request is being submitted more than four days in advance of the scheduled August 5 proceeding. The parties will seek a separate brief extension of the discovery deadlines with the Honorable Jeannette A. Vargas. All counsel are available for a rescheduled settlement conference on any date following September 14, 2026, subject entirely to the Court's calendar and availability.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

Eleni Melekou
Eleni Melekou, Esq.
950 Third Avenue, 31st Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094
eleni@pnlawyers.com
*Attorneys for Plaintiff*

Application GRANTED. The settlement conference previously scheduled for August 5, 2026 (Dkt. 94) is ADJOURNED to **September 15, 2026 at 2:15 p.m.** The parties must submit updated Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 88 ¶¶ 3, 4) no later than **September 8, 2026**. All other provisions of the Court's May 14, 2026 Order Scheduling Settlement Conference (Dkt. 88) and May 21, 2026 Order (Dkt. 90) remain in effect.

SO ORDERED.

July 31, 2026

**Barbara Moses**
**United States Magistrate Judge**