**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/9/26

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**AIMEE K. LULICH**
Senior Counsel
Phone: (212) 356-2369
Fax: (212) 356-1148
Email: alulich@law.nyc.gov

September 8, 2026

Application GRANTED. The settlement conference, currently scheduled for September 15, 2026, is ADJOURNED *sine die*. No later than **September 15, 2026**, the parties must submit a joint letter proposing new dates for the settlement conference in October or November 2026.
SO ORDERED.
September 9, 2026

**Barbara Moses, U.S.M.J.**

**BY ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Family Deli Mart Corp., et. al. v. City of New York, et. al.,
25-CV-5739 (JAV)

Your Honor:

I am an Assistant Corporation Counsel assigned to represent the Defendants in the above-referenced matter. I write to respectfully request an adjournment, *sine die*, of the settlement conference currently scheduled for September 15, 2026 at 2:15 p.m. and leave to file a joint letter on September 15, 2026 informing the Court whether a settlement conference would be productive and, if appropriate, suggesting new dates for said conference. This is the second request for an adjournment of the conference. It does not impact any other deadlines in this matter.[1] Plaintiffs' counsel consents to the request for an adjournment of the settlement conference and consents to the proposed joint letter submission.

As Your Honor may recall, the settlement conference was originally scheduled for June 25, 2026, and was adjourned by Your Honor until August 5, 2026 for the parties to do focused discovery regarding key contested factual disputes, including additional documentation regarding Plaintiffs' alleged financial damages.[2] *See* Order dated June 23, 2026, ECF Document No. 92.

---

[1] Pursuant to the most recent Scheduling Order, fact discovery is set to close on November 2, 2026 and is ongoing.

[2] In May of 2026, Plaintiffs produced copies of tax returns for Plaintiff Family Deli Mart Corp. for the years 2021 through 2024, bank statements from one TD Bank account in Family Deli's name from January to August of 2024, and a spreadsheet apparently compiled by Plaintiffs' accountant for this litigation purporting to reflect Plaintiff Family Deli Mart Corp.'s gross sales for the years 2021—2025. In Defendants' Requests for Production of Documents, Defendants sought additional records including, *inter alia*, Family Deli Mart Corp.'s "point of sale or cash

Plaintiffs were unable to produce the documentation by that date. As a result, by letter dated July 29, 2026, the parties jointly requested an adjournment of the conference until September 15, 2026 to give Plaintiffs more time to produce financial documentation in support of their damages claims. *See* Joint Letter dated June 29, 2026, ECF Document No. 95. The parties noted that Defendants required two to three weeks after receiving additional financial documents to review them and determine further settlement authority. *Id.* at p. 1. Your Honor granted the requested adjournment until September 15, 2026 and directed the parties to file letters regarding their revised settlement position by today, September 8, 2026. *See* Order dated July 31, 2026, ECF Document No. 96.

Defendants requested that Plaintiffs produce additional financial documents evidencing their purported damages by August 25, 2026 (ECF Document No. 95, p. 1) at the latest, and followed up with Plaintiffs several times in an attempt to obtain the additional records even after that date passed. Plaintiffs did not produce any additional financial records until today, September 8, 2026, at 11:08 a.m. That production consisted of additional bank statements from the TD Bank account dated between January 2022 and August 2024, and bank statements from a different account dated November of 2024, and February, April and May of 2025. Thereafter, at 3:09 p.m., Plaintiffs produced what appears to be documents related to Plaintiff Hidais's vehicle and Plaintiff Hidais's tax returns. Defendants continue to believe they are entitled to additional financial records, including, but not limited to, bookkeeping records for Family Deli Mart Corp. However, in an effort to avoid additional delay, Defendants will quickly review the newly-produced documents, and consult with the Comptroller's Office, to determine whether there is sufficient information in the newly-produced bank records to proceed to a settlement conference.

Accordingly, Defendants respectfully request that the Court adjourn the conference currently scheduled for September 15, 2026 *sine die*, and permit the parties until September 15, 2026 to file a letter (1) informing the Court whether they believe it would, in fact, be productive to proceed to settlement conference based upon the currently-produced documents and, if so, (2) proposing new dates for the conference. Defendants note that this adjournment is not anticipated to delay discovery in this matter—document discovery is ongoing and a non-party witness is scheduled to be deposed later this month.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Aimee K. Lulich
Assistant Corporation Counsel

**cc:** Attorneys of record (By ECF)

---

register records, bookkeeping or accounting records" and "inventories, invoices, completed order forms, and delivery receipts" from five years before the incident until the current time.